UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:
ROBERT S. SHUMAKE,
    Debtor

Chapter 7
Case No. 13-40001
Hon. Walter Shapero

_____/

GENERAL RETIREMENT SYSTEM OF THE
CITY OF DETROIT, POLICE AND FIRE
RETIREMENT SYSTEM OF THE CITY OF
DETROIT et al
    Plaintiffs,

vs.

Adver. Proc. No. 13-04554

ROBERT S. SHUMAKE,
    Defendant.
_____/

| CLARK HILL PLC | JOELSON ROSENBERG, PLC |
|---|---|
| By: Peter A. Jackson (P35528) | By: David W. Warren (P32449) |
| Attorneys For Plaintiffs | Attorneys For Defendant |
| 500 Woodward, 35th Floor | 30665 Northwestern Hwy., Ste. 200 |
| Detroit, Michigan 48226 | Farmington Hills, Michigan 48334 |
| (313) 965-8359 | (248) 855-2233 |
| pjackson@clarkhill.com | dwwarren@joelsonrosenberg.com |

_____/

### APPEARANCE OF COUNSEL FOR DEFENDANT ROBERT SHUMAKE IN ADVERSARY ACTION

**To:** The Clerk of the Court and all counsel of Record

    Please enter the appearance of the undersigned as counsel for Defendant in the above referenced Adversary Action.

Dated: June 6, 2013                    Respectfully submitted:

JOELSON ROSENBERG, PLC

By:   /s/ David W. Warren
David W. Warren (P32449)
Attorneys For Defendant
30665 Northwestern Hwy., Ste. 200
Farmington Hills, Michigan 48334
(248) 855-2233
dwwarren@joelsonrosenberg.com