UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ROBERT S. SHUMAKE,

    Debtor.
_____/

Chapter 7
Case No. 13-40001
Hon. Walter Shapero

GENERAL RETIREMENT SYSTEM OF THE
CITY OF DETROIT, POLICE AND FIRE
RETIREMENT SYSTEM OF THE CITY OF
DETROIT and W&D REAL ESTATE
OPPORTUNITY FUND I, LLC f/k/a
Inheritance Capital Group, LLC, a Michigan
limited liability company,

    Plaintiffs,

v.    Adver. Proc. No. 13-04554

ROBERT S. SHUMAKE,

    Defendant.
_____/

STIPULATION TO ENTRY OF ORDER
EXTENDING TIME TO ANSWER COMPLAINT

    Counsel stipulate to the entry of the attached proposed order extending by 30 days defendant's time to answer or otherwise respond to plaintiff's complaint in order to allow the conclusion of settlement discussions.

| CLARK HILL PLC | LAW OFFICES OF JOELSON ROSENBERG |
|---|---|
| By: /s/ Peter A. Jackson<br>500 Woodward Avenue, Suite 3500<br>Detroit, MI 48226<br>(313) 965-8300<br>pjackson@clarkhill.com<br>P35528<br>Attorneys for Plaintiff | By: /s/David Warren w/consent<br>30665 Northwestern Highway, Suite 200<br>Farmington Hills, MI 48334<br>(248) 626-2226<br>dwwarren@joelsonrosenberg.com<br>P32449<br>Attorneys for Defendant |
| Dated: June 10, 2013 | Dated: June 10, 2013 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ROBERT S. SHUMAKE,

       Debtor.
_____/

Chapter 7
Case No. 13-40001
Hon. Walter Shapero

GENERAL RETIREMENT SYSTEM OF THE
CITY OF DETROIT, POLICE AND FIRE
RETIREMENT SYSTEM OF THE CITY OF
DETROIT and W&D REAL ESTATE
OPPORTUNITY FUND I, LLC f/k/a
Inheritance Capital Group, LLC, a Michigan
limited liability company,

       Plaintiffs,

v.

ROBERT S. SHUMAKE,

       Defendant.
_____/

Adver. Proc. No. 13-04554

## ORDER EXTENDING TIME TO ANSWER COMPLAINT

This matter having come before the Court on the parties' Stipulation to Entry of Order Extending Time to Answer Complaint, and the Court being otherwise advised, it is

ORDERED that defendant's time to answer or otherwise respond to plaintiff's complaint is extended to July 17, 2013.