UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

ROBERT S. SHUMAKE,

    Debtor.
_____/

Chapter 7
Case No. 13-40001
Hon. Walter Shapero

GENERAL RETIREMENT SYSTEM OF THE
CITY OF DETROIT, POLICE AND FIRE
RETIREMENT SYSTEM OF THE CITY OF
DETROIT and W&D REAL ESTATE
OPPORTUNITY FUND I, LLC f/k/a
Inheritance Capital Group, LLC, a Michigan
limited liability company,

    Plaintiffs,

v.    Adver. Proc. No. 13-04554

ROBERT S. SHUMAKE,

    Defendant.
_____/

## ORDER EXTENDING TIME TO ANSWER COMPLAINT

This matter having come before the Court on the parties' Stipulation to Entry of Order Extending Time to Answer Complaint, and the Court being otherwise advised, it is

ORDERED that defendant's time to answer or otherwise respond to plaintiff's complaint is extended to July 17, 2013.

.

**Signed on June 10, 2013**

                    **/s/ Walter Shapero**
                    **Walter Shapero**
                    **United States Bankruptcy Judge**