December 19, 2013
Case No. 13-04554

In Re:
Robert S. Shumake
Debtor

Fifth Third Mortgage
Plaintiff.

FILED (T)
2013 DEC 19 A 9:10
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

I am requesting to be withdrawn from this case #14 docket for notices.

Maia Fields
300 Riverfront Dr #1009
Detroit, MI 48226